

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00230-CV

**MH CONSULTANTS, INC.**,
Appellant

v.

Lisa **MARTINEZ** and Narciso Martinez,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-21-204
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order is **AFFIRMED**. Costs of appeal are assessed against MH Consultants, Inc.

SIGNED December 23, 2025

_____
Velia J. Meza, Justice